IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL A. KUEHN,

Defendant.

4:24-CR-3047

ORDER

This matter is before the Court on correspondence from the defendant that the Court has construed as a motion to reduce sentence. Filing 19. The Court will deny that motion, for three reasons.

First, the Court lacks authority to change the defendant's sentence on the grounds he offers. He doesn't allege extraordinary and compelling circumstances warranting a reduced sentence. *See* U.S.S.G. § 1B1.13(b); *cf. United States v. Crandall*, 25 F.4th 582, 586 (8th Cir. 2022). And he directs the Court to no other statutory basis for an amended sentence. *See* filing 19.

Second, even if the Court could change the defendant's sentence, it would not choose to. The defendant's violation was serious and the Court already gave the defendant a significant break, and a lesser sentence would be inconsistent with the relevant sentencing factors. *See Esteras v. United States*, 606 U.S. 185, 200 (2025) (citing 18 U.S.C. § 3553(a)(2)(B), (C), and (D)).

Finally, the defendant's request is premature. His federal sentence will be served consecutively to a state sentence that still has several months to go. *See* filing 17 at 2. The defendant's circumstances could be very different by the time that the defendant returns to federal custody. Accordingly,

IT IS ORDERED that the defendant's motion to reduce sentence (filing 19) is denied.

Dated this 15th day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge